| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | ▲FILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Dec 28 2011 10:32AM MST<br>Filing ID: 41590583<br>Review Clerk: Susan Noeske |
| RICHFIELD HOSPITALITY, INC.<br><br>Plaintiff,<br><br>v.<br><br>CHARTER ONE HOTELS AND RESORTS, INC., et. al.<br><br>Defendants. | Case No. 11CV3916<br><br>COURTROOM 280 |
| **ORDER** | |

    This case is before me on Defendants' "Motion to Dismiss" for lack of personal jurisdiction, filed July 22, 2011.[1] Based on my review of the motion and briefs, it appears to me that this Court's personal jurisdiction over all Defendants may well depend on its personal jurisdiction over Defendant Cook. Its jurisdiction over Defendant Cook in turn seems to depend on whether Cook consented to such jurisdiction in the Nondisclosure Agreement attached to Plaintiff's response as Exhibit 2. There appear to be disputed material facts associated with that Nondisclosure Agreement, namely whether, because the version submitted lacks any signature by any Richfield entity, the parties ever entered into such contract, and whether, even if "Richfield Hospitality Services, Inc." signed that contract, what relationship that entity has to this Plaintiff, Richfield Hospitality, Inc.

    I am well aware of our Supreme Court's caution against turning jurisdictional hearings into trials on the merits, *see Goettman v. North Fork Valley Rest.*, 176 P. 3d 60, 65 (Colo. 2007), but here these factual issues are narrow, are largely independent of the merits of the claims, and are potentially critical to the jurisdictional question.

    Accordingly, Plaintiff shall, by January 3, 2012, file a notice to set and set this matter for a two hour hearing to be held no later than February 10, 2012. The issues at that hearing shall be limited to: 1) whether any Richfield entity signed the Nondisclosure Agreement; and 2) whether Plaintiff, Richfield Hospitality, Inc., succeeded to or is otherwise authorized to enforce the

---

[1] The motion was originally filed in federal court after the case had been removed there, and before the federal court remanded it back here.

Nondisclosure Agreement. Counsel shall exchange witness lists and exhibits five days before the hearing.

DONE THIS 28TH DAY OF DECEMBER, 2011.

BY THE COURT:

_____
Morris B. Hoffman
District Court Judge

cc: All counsel