

**GRANTED**

Dated: Sep 13, 2011

*[signature]*

Morris B. Hoffman
District Court Judge
SEE ATTACHMENT FOR ANY ADDITIONAL TERMS

| | EFILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Sep 13 2011 12:20PM MDT<br>Filing ID: 39785654<br>Review Clerk: Susan Noeske |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br><br>1437 Bannock Street<br>Denver, CO 80204 | |
| **Plaintiff:**<br><br>RICHFIELD HOSPITALITY, INC.<br><br>**Defendants:**<br><br>CHARTER ONE HOTELS AND RESORTS, INC., a Florida corporation; STEVE COOK, an Individual; and THOMAS FARINACCI, an Individual | Δ COURT USE ONLY Δ |
| | Case No: 2011-CV-3916<br><br>Division 280 |
| **ORDER RE: JOINT STIPULATED MOTION FOR ENLARGEMENT OF TIME WITH RESPECT TO JURISDICTIONAL ASPECTS OF DEFENDANTS' MOTION TO DISMISS** | |

This matter comes before the Court on the parties' Joint Stipulated Motion for Enlargement of Time with Respect to Jurisdictional Aspects of Defendants Motion to Dismiss (the "Motion"). The Court having read and considered the Motion, and being fully advised of its Premises, hereby GRANTS the Motion and ORDERS AS FOLLOWS:

1. Plaintiff shall have up to and including September 12, 2011 to file its Response to the jurisdictional aspects of Defendants' Motion to Dismiss or, in the Alternative, to Transfer Venue to the United States District Court for the District of Ohio, Eastern Division (the "Motion to Dismiss").

2. Defendant shall have up to and including September 22, 2011 to file its Reply in support of the jurisdictional aspects of its Motion to Dismiss, if any.

Dated: _____                    BY THE COURT:

                                             _____
                                             District Court Judge

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| Court: | CO Denver County District Court 2nd JD |
| Judge: | Morris B Hoffman |
| File & Serve Transaction ID: | 39751484 |
| Current Date: | Sep 13, 2011 |
| Case Number: | 2011CV3916 |
| Case Name: | RICHFIELD HOSPITALITY INC vs. CHARTER ONE HOTELS & RESORTS INC et al |
| Court Authorizer: | Morris B Hoffman |

/s/ Judge Morris B Hoffman