| | |
|---|---|
| DISTRICT COURT, CITY AND COUNTY OF DENVER, STATE OF COLORADO<br>1437 Bannock Street<br>Denver, Colorado 80202 | FILED Document<br>CO Denver County District Court 2nd JD<br>Filing Date: Aug 26 2011 4:15PM MDT<br>Filing ID: 39519892<br>Review Clerk: Susan Noeske |
| RICHFIELD HOSPITALITY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER ONE HOTELS & RESORTS, INC., et al.,<br><br>Defendants. | Case No. 11CV3916<br><br><br>COURTROOM 280 |
| **ORDER** | |

This case is before me on the federal trial court's order of remand dated August 11, 2011. It appears from my review of the federal court docket that Defendants responded to the complaint with a "Motion to Dismiss or, in the Alternative, to Transfer Venue to the United States District Court for the District of Ohio, Eastern Division," filed July 22, 2011. The following briefing schedule shall apply to the jurisdictional aspects of this motion (the venue aspects having been mooted by the remand):

    Plaintiff's response:       September 9, 2011
    Defendants' reply, if any:  September 19, 2011

DONE THIS 26TH DAY OF AUGUST, 2011.

BY THE COURT:

Morris B. Hoffman
District Court Judge

cc: All counsel