IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01937-REB-MEH

RICHFIELD HOSPITALITY, INC.,

    Plaintiff,

v.

CHARTER ONE HOTELS AND RESORTS, INC.,
STEVE COOK, and
THOMAS FARINACCI,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 14, 2012.**

    Defendants' Unopposed Motion to Provide Separate Additional Documents from State Action and Amended Supplemental Civil Cover Sheet for Notices of Removal [filed August 10, 2012; docket #24] is **granted**. The Court accepts Exhibit A [docket #24-1] and the documents listed in Exhibit B [docket #24-2] as filed. The briefing schedule on all pending motions referred to this Court shall be governed by D.C. Colo. LCivR 7.1C.