IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   12-cv-01937-REB-MEH | **FTR – Courtroom A501** |
| **Date:**   November 15, 2012 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| RICHFIELD HOSPITALITY, INC., | Benjamin Parrott |
|         Plaintiff, | |
| v. | |
| CHARTER ONE HOSPITAL AND RESORTS, INC., | Joel Kiesey |
| STEVE COOK, and | |
| THOMAS FARINACCI, | |
|         Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**   9:21 a.m.

The Court calls case. Appearances of counsel.

Discussion regarding the production of documents and discovery requests and the Unopposed Motion to Amend Scheduling Order (Doc. #72, filed 11/13/12).

**ORDERED:**   1.   Defendants shall produce to Plaintiff all communications up to May 4, 2011, including drafts, between any representative of Charter One and any representative of Glidden House, as stated on the record.

2.   The Unopposed Motion to Amend Scheduling Order (Doc. #72, filed 11/13/12) is GRANTED.

**Court in recess:**   9:35 a.m.         (Hearing concluded)
Total time in court:   14 minutes