IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01937-REB-MEH

RICHFIELD HOSPITALITY, INC.,

      Plaintiff,

v.

CHARTER ONE HOTELS AND RESORTS, INC.,
STEVE COOK, and
THOMAS FARINACCI,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 4, 2013.**

      Plaintiff's second Unopposed Motion to Amend Scheduling Order [filed February 1, 2013; docket #77] is **granted**.  For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Initial expert designation: | February 11, 2013 |
| Rebuttal expert designation: | March 11, 2013 |
| Discovery cutoff: | April 8, 2013 |

The Court will grant no further extensions of these deadlines absent a showing of exceptional cause. All other deadlines shall remain the same.